# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: MARK POWELL and POWELL DEVELOPMENT COMPANY, INC., <br><br> Debtors. | : Chapter 12 <br> : 5:10-BK-06255-JJT <br> : <br> : |
| CHESAPEAKE APPALACHIA, LLC and STATOIL USA ONSHORE PROPERTIES, INC., <br><br> Appellants, <br><br> v. <br><br> MARK POWELL and POWELL DEVELOPMENT COMPANY INC., <br><br> Appellees. | : <br> : <br> : <br> : <br> : 3:13-CV-00035 <br> : (JUDGE MARIANI) <br> : (APPEAL FROM BANKRUPTCY COURT) <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, THIS __10th__ DAY OF NOVEMBER, 2015, upon consideration of the above-captioned creditors' appeal from the Bankruptcy Court's decision of September 18, 2012, **IT IS HEREBY ORDERED THAT**:

1. The Bankruptcy Court's decision is **VACATED** insofar as it holds that the parties' oil and gas lease is either an executory contract or an unexpired lease subject to rejection under 11 U.S.C. § 365.

2. The case is **REMANDED** to the Bankruptcy Court for any further proceedings consistent with this Order and its accompanying Opinion.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge